# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

136921

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBIN NEWBERRY, Personal Representative
of the Estate of DIANE LAITY,
       Plaintiff-Appellant,

v

                                                SC: 136921
                                                COA: 276879
                                                Huron CC: 05-002838-NH

PAUL BLAKELY SCADDAN, M.D.,
       Defendant-Appellee,

and

MARK GREENBAIN, M.D., and ROBERT
LEE, d/b/a LEE'S AFC HOME, II,
       Defendants.
_____/

       On order of the Court, the application for leave to appeal the June 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk